IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MARTEZ WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00820 |
| | ) | |
| EMPLOYMENT & ASSESSMENT | ) | JUDGE CAMPBELL/BROWN |
| SOLUTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

As evidenced by the signatures below, pursuant to Rule 41(a)(1) of the Federal Rules of

Civil Procedure, the parties hereby give notice that all claims within this cause have been

compromised and settled and this cause is dismissed, with prejudice.

Respectfully submitted:

_____
Martez Williams, *pro se*
Plaintiff
106 Knolls Place
Nashville, TN 37211
(615) 975-4272


/s/ Byron M. Gill
_____
Byron M. Gill (#22802)
**ROCHELLE, McCULLOCH & AULDS, PLLC**
109 North Castle Heights Avenue
Lebanon, TN 37087
Telephone: (615) 443-8773
Facsimile: (615) 443-8775
Email: bgill@rma-law.com
*Counsel for Defendant, Employment & Assessment
Solutions, Inc.*

## CERTIFICATE

I hereby certify that on the 3rd day of December , 2012, a true and exact copy of the foregoing Stipulation of Dismissal was served via U.S. Mail, postage prepaid, on **Martez Williams**, Defendant, 106 Knolls Place, Nashville, TN 37211.

/s/ Byron M. Gill
Byron M. Gill