UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Martez Williams

                          Plaintiff,

v.                                     Case No.: 3:12–cv–00820
                                           District Judge Todd J. Campbell

Employment &Assessment Solution, Inc.

                          Defendant.

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/4/2012.

                                                     Keith Throckmorton, Clerk
                                                     s/ Ann Frantz, Deputy Clerk